DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ERIKA SOSA** and **GUSTAVO MORALES,**
Appellants,

v.

**WELLS FARGO BANK, N.A. AS TRUSTEE ON BEHALF OF THE HARBORVIEW 2006-12 TRUST FUND,**
Appellee.

No. 4D16-1367

[July 6, 2017]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Joel T. Lazarus, Judge; L.T. Case No. CACE09058381.

Robert Flavell of Robert Flavell, P.A., Miami Lakes, for appellants.

Brian K. Hole and Katherine M. Joffe of Holland & Knight LLP, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, MAY and CONNER, JJ., concur.

\*          \*          \*

*Not final until disposition of timely filed motion for rehearing.*